USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 97-1246 UNITED STATES, Appellee, v. YESID F. JIMENEZ-MARTINEZ, A/K/A FERNANDO, Defendant - Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Coffin, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge.  _____________ _____________________ Lenore Glaser, by appointment of the Court, with whom Stern, _____________ ______ Shapiro, Weissberg & Garin was on brief for appellant. __________________________ Michael J. Pelgro, Assistant United States Attorney, with _________________ whom Donald K. Stern, United States Attorney, was on brief for ________________ appellee. ____________________ September 19, 1997 ____________________ Per Curiam. After due consideration of the record, Per Curiam. __________ briefs, and arguments from counsel in this case, we affirm the sentencing determination of the district court. Affirmed. Affirmed. ________  -2-